

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

---

Tel: (202) 514-3511

August 10, 2026

Kelly L. Stephens, Clerk of Court
Office of the Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988
Via CM/ECF

      RE:   *In re: USA,* Case No. 26-0102 (6th Cir.)

Dear Ms. Stephens:

I write to apprise the Court of developments relevant to the United States' pending petition for permission to appeal. As recounted in that petition, the district court previously certified for interlocutory appeal its two 2025 orders denying the United States' motion to dismiss this Federal Tort Claims Act suit by thousands of residents of Flint, Michigan seeking to hold the United States liable for the consequences of lead in the City's drinking water. In doing so, the district court concluded that the United States raised "controlling question[s] of law as to which there is substantial ground for difference of opinion," and that "an immediate appeal from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. § 1292(b). The United States has sought both permission to appeal those interlocutory orders, as well as a stay of district court proceedings pending appeal, including a stay of an upcoming trial.

On August 5, the district court postponed that anticipated trial from October 6, 2026, to February 22, 2027. As explained in the petition, that trial—involving just seven of the named plaintiffs—would likely be a massive and lengthy undertaking, spanning many months, likely followed by extended post-trial proceedings and potentially serial litigation involving thousands more plaintiffs. This Court should accordingly grant permission to appeal, resolve the

threshold immunity questions, and stay further district court proceedings pending that appeal. That course would ensure that the parties and the district court do not undertake many months if not years of complex litigation that would be rendered pointless if this Court ultimately rules in favor of the United States on any of the multiple threshold grounds raised in the petition.

Sincerely,

*/s/ Andrew M. Bernie*
Andrew M. Bernie

cc:　　All counsel (via CM/ECF)
Word count: 279

2